1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  LEAH S. STRICKLAND [SBN 265724]
   lstrickland@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for MIDLAND CREDIT
   MANAGEMENT, INC.
7

8              **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10 | SUSAN MORREY,              | Case No.
11 |        Plaintiff,          | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**
12 |        v.                  |
13 | MIDLAND CREDIT             | State Court Complaint Filed:
   | MANAGEMENT, INC.,          | April 16, 2014
14 |
15 |        Defendant.          |

16        TO THE CLERK OF THE COURT:

17        PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1331,

18 Defendant Midland Credit Management, Inc. ("Midland") hereby removes this

19 action from the Superior Court of the State of California for the County of Orange,

20 Case No. 30-2014-00717018-CL-NP-CJC (the "State Case") to the United States

21 District Court for the Central District of California, Southern Division.  The grounds

22 for this removal are:

23     **FACTUAL SUMMARY**

24        1.     On April 16, 2014, plaintiff Susan Morrey commenced the State Case

25 alleging violations of the federal Fair Debt Collection Practices Act (15 U.S.C. §

26 1692 *et seq.*), and the Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code

27 § 1788 *et seq.*)

28 / / /

2. Midland was served with the summons and complaint on June 4, 2014. This notice is therefore timely pursuant to 28 U.S.C. § 1446(b).

**JURISDICTION**

3. Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The district court has supplemental jurisdiction over the alleged state law claim because it is so related to the claim over which the district court has original jurisdiction that it "form[s] part of the same case or controversy." 28 U.S.C. § 1367(a).

4. Pursuant to 28 U.S.C. § 1446(a), Midland attaches as Exhibit 1 a copy of all process, pleadings, and orders in the State Court action.

DATED: July 3, 2014

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: s/THOMAS F. LANDERS
THOMAS F. LANDERS
Attorney for MIDLAND CREDIT MANAGEMENT, INC.

**INDEX TO EXHIBITS**

Pages

Exhibit 1: State Court Action.................................................................................... 1-12